# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                    NO. 4:14CR00011-001  SWW

EDWARD MARTSOLF                                                                    DEFENDANT

## ORDER

Pending before the Court is defendant's pro se motion for early termination of probation (doc #17). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before ***Tuesday, June 14, 2016.***

IT IS SO ORDERED this 25th day of May 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE